**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Carreno,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-07-1678-PHX-SMM<br><br>**ORDER** |

Having reviewed Plaintiff's Motion for Extension of Time to File Response & Reply to Summary Judgment (First Request)(Doc. 17), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Extension of Time for Plaintiff to File Response & Reply to Summary Judgment (Doc. 17). Plaintiff shall file the response & reply no later than April 16, 2008.

DATED this 18th day of March, 2008.

Stephen M. McNamee
United States District Judge